United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-20943

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

                 v.

DANIEL BARRERA-SAUCEDO

                    Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Southern District of Texas, Houston
---------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.[*]

PER CURIAM:

     IT IS ORDERED that appellant's motion to expedite the appeal

is granted.

     IT IS FURTHER ORDERED that appellant's motion to vacate and

remand in light of USA v. Booker is granted.

_____

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.